United States District Court
Southern District of Texas
**ENTERED**
June 26, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANA MARIA LICERIO, | § |
| *Plaintiff,* | § |
| v. | § CIVIL ACTION NO. 4:21-cv-2540 |
| FIESTA MART, LLC, | § |
| *Defendant.* | § |

## FINAL JUDGMENT

This Court granted Defendant Fiesta Mart, LLC's Amended Motion for Summary Judgment. (Doc. No. 16). For the reasons set forth in the Court's Order granting summary judgment, this case is **DISMISSED** with prejudice.

This is a **FINAL JUDGMENT**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

Signed at Houston, Texas, this 26th day of June, 2023.

Andrew S. Hanen
United States District Judge